ACCEPTED
04-14-00085-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/6/2015 1:50:33 PM
KEITH HOTTLE
CLERK

NO. 04-14-00085-CV

IN THE COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT

SAN ANTONIO, TEXAS

---

**ELIZABETH WEYEL**
Appellant

V.

**JAMES HOPSON**
**AND AMERICAN BANK OF TEXAS, N.A. f/k/a**
**STATE BANK & TRUST OF SEGUIN, TEXAS**
Appellees

---

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

Now comes ELIZABETH WEYEL, Appellant in the above-entitled and numbered cause, and files this, her Motion for Extension of Time to File Motion for Rehearing, and would show the Court the following:

I.

The Court's Opinion was issued February 4, 2015. Motions for Rehearing were due February 19, 2015. Texas Rules of Appellate Procedure provides for an additional 15 days to file a Motion to Extend Time.

II.

A reasonable explanation exists for the granting of additional time to file Appellant's Motion for Rehearing.

III.

Counsel for Appellant, JAAY D. NEAL, would show the Court that he is a busy sole-practitioner with an active trial practice in San Antonio, Texas, and surrounding counties. Counsel for Appellant, JAAY D. NEAL, in the past month has attended hearings, depositions and prepared many pleadings to accommodate his practice:

1. On February 6, 2015 counsel for the Appellant, JAAY D. NEAL attended a deposition of his client in Cause No. 2014-CI-08623; Gregory Flores *vs. Yes Companies, LLC d/b/a Creston Ridge, et al.,* in the 408th District Court, Bexar County, Texas.

2. On February 9, 2015, counsel for the Appellant, JAAY D. NEAL obtained a date for a temporary injunction hearing in Cause No. 2015-CI-02061; *in the Interest of Stephen Kyle Tiner, Jr., a Child,* in the 150th Judicial District Court, Bexar County, Texas.

3. On February 10, 2015 counsel for the Appellant, JAAY D. NEAL attended an all-morning hearing in Municipal Court No. 5 for twelve of his client's employees in the following cases: B1378387 01; B1507081 01; B1501279 01; B1507092 01; B1515232 01; B1534531 01; B1538667 01; B1415924 01; B1447962 01; B1460071 01; B1501278 01; B1507110 01; B1503310 01; B1534528 01; B1541942 01; B1538666 01; B1485945 01; B1501277 01; B1507116 01; B1507115 01; B1515227 01; B1501281 01; B1472415 01; B1503307 01; B1515230 01; B1377819 01; B1460054 01; B1501282 01; B1507118 01; B1515228 01 and B1534525 01.

4. On February 17, 2015 counsel for the Appellant, JAAY D. NEAL attended a morning mediation in No. 2014-CI-07488; *Robert Castellanos vs. City of San Antonio and Harlandale Independent School District,* in the 407th District Court, Bexar County, Texas.

5. On February 18, 2015, counsel for the Appellant, JAAY D. NEAL attended an afternoon mediation in a Texas Workforce Commission discrimination case for a client.

6. On February 19, 2015 counsel for the Appellant, JAAY D. NEAL attended a trial for his client in No. 2014-PC-2034; *in re: Estate of Ruth Ella Smith*, Probate Court No. 2, Bexar County, Texas.

Counsel for Appellant has also had to respond to discovery in 14 cases due on February 23, 2015. Counsel for Appellant had various meetings with clients to answer discovery requests and prepare for mediation and deposition. As set out above, Counsel for Appellant has been required to make up for considerable time lost from work.

IV.

***As a result of these previously scheduled matters, additional time is necessary to prepare Appellant's Reply Brief.***

V.

This request is not sought for delay only, but that justice may be had. The granting of this request will not delay the submission of this case. Appellant requests an additional fifteen (15) days, or until March 6, 2015, to file her Motion for Rehearing.

**P R A Y E R**

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be granted and that Appellant's Motion for Rehearing be due on March 6, 2015, and for such other relief to which she may be justly entitled to receive.

Respectfully submitted:

LAW OFFICES OF JAAY D. NEAL, P.C.
322 W. Woodlawn Avenue
San Antonio, TX 78212
Telephone:    210/735-2233
Facsimile:    210/735-8431
jaayneal@aol.com


BY:    _____/s/ Jaay D. Neal_____
       JAAY D. NEAL
       State Bar No. 14836700
       Attorney for Appellant,
       ELIZABETH WEYEL


## CERTIFICATE OF SERVICE

I hereby certify and affirm that on this the 6th day of March, 2015, I sent a true and correct copy of *Motion for Extension of Time to File Appellant's Motion for Rehearing* was forwarded via facsimile to:

Ralph D. McBride
Bracewell & Giuliana
711 Louisiana Street, Suite 2900
Houston, Texas 77002-2781
*via facsimile: 713-221-1212*

David F. Johnson
777 Main Street, Suite 1100
Fort Worth, Texas 76102
*via facsimile: 817-420-8201*


       _____/s/ Jaay D. Neal_____
       JAAY D. NEAL

JAAY D. NEAL

## VERIFICATION

THE STATE OF TEXAS §

COUNTY OF BEXAR §

Before me, the undersigned notary, on this day personally appeared JAAY D. NEAL, a person whose identify is known to me. After I administered an oath to him, upon his oath he said he has read the foregoing Motion for Extension of Time to File Motion for Rehearing and that the facts stated in it are within his personal knowledge and are true and correct.

SIGNED on this the ___ day of March, 2015.

Notary Public
In and for the State of Texas

YOLANDA C. MORALEZ
MY COMMISSION EXPIRES
April 24, 2018